THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| FREDERICK O. SILVER,<br><br>Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING [32] REPORT AND RECOMMENDATION**<br><br>Case No. 2:22-cv-00578-DBB-JCB<br><br>District Judge David Barlow |

The Report and Recommendation[1] issued by United States Magistrate Judge Jared C. Bennett on April 12, 2024, recommends that the court deny Mr. Silver's Motion for a Preliminary Injunction.[2]

Magistrate Judge Bennett recommends denying the Motion for Preliminary Injunction because Mr. Silver fails to provide any detailed analysis and instead advances only conclusory arguments.[3]

The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of its service pursuant to 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72.[4] No party filed an objection.

Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because the analysis and conclusions of the Magistrate Judge are sound, the Report and Recommendation of Magistrate Judge Bennett is adopted.

---

[1] Report and Recommendation, ECF No. 32, filed Apr. 12, 2024.
[2] Motion for Preliminary Injunction, ECF No. 26, filed Dec. 21, 2023.
[3] ECF No. 32 at 2–3.
[4] *Id.* at 3.

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation[5] is ADOPTED.

Plaintiff's Motion for Preliminary Injunction[6] is DENIED.

Signed April 30, 2024.

BY THE COURT:

_____
David Barlow
United States District Court Judge

---

[5] ECF No. 32.
[6] ECF No. 26.